**Adam D. Ford** (UTB# 11363)
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: adam.ford@fordcranelaw.com
       matthew.crane@fordcranelaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>    Plaintiff,<br>vs.<br><br>GANESH INDIAN CUISINE LLC, a Utah Limited Liability Company, CYCT MANAGEMENT GROUP, INC., a California Corporation, and John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>    Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:16-CV-00390-EJF<br><br>Magistrate Judge Evelyn J. Furse |

Plaintiff Carolyn Ford and Defendants Ganesh Indian Cuisine, LLC, and CYCT Management Group, Inc., (collectively, the "Parties"), by and through undersigned counsel, stipulate and jointly move the Court for an order dismissing this action with prejudice. The Parties have resolved their dispute and agree that this matter should be dismissed with prejudice.

1

A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

STIPULATED the 30th day of August, 2016.

                        FORD & CRANE PLLC


                        *s/*      Matthew B. Crane
                        Adam D. Ford
                        Matthew B. Crane
                        *Attorneys for Plaintiff*


STIPULATED the 30th day of August, 2016.

                        BOCKELIE LAW OFFICE, PLLC


                        *s/*      Nanci S. Bockelie
                        Nanci S. Bockelie
                        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 30th day of August, 2016, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/     Matthew B. Crane
Matthew B. Crane